IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA MURPHY                                                                                           PLAINTIFF

V.                              CASE NO. 3:20-CV-00015-JTK

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 8th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE